John S. Delikanakis, Esq.
Nevada Bar No. 5928
Christian Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:  jdelikanakis@swlaw.com
        cogata@swlaw.com

*Attorneys for Plaintiffs Origin Consulting, LLC and*
*Origin Ventures, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Origin Consulting, LLC, a Nevada limited liability company; Origin Ventures, LLC f/k/a Origin Holdings, Inc., a Nevada limited liability company,<br><br>        Plaintiff<br><br>vs.<br><br>Franco Roig,<br><br>        Defendant | Case No.:  2:22-cv-00809-JCM-DJA<br><br>**Stipulation and ~~Proposed~~ Order to Extend Roig's Deadline to Respond to Complaint**<br><br>**(First Request)** |

Plaintiffs Origin Consulting, LLC, and Origin Ventures, LLC (collectively "Origin") and defendant Franco Roig, for good cause shown, stipulate and agree to extend Roig's deadline to respond to the complaint to June 28, 2022, for the following reasons:

1.      On May 24, 2022, Origin served the complaint, summons, certificate of interested parties, and case judge assignment.[1]

2.      Roig's response is currently due June 14, 2022.

3.      Counsel for Roig was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

---

[1] ECF No. 6 at 2.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4.      The parties have agreed to the requested extension.

5.      The parties seek this extension request in good faith and not for the purpose of delay.

Thus, the parties respectfully request an extension for Roig to respond to the complaint up to and including June 28, 2022.

DATED June 9, 2022.

    SNELL & WILMER L.L.P.

By: */s/ John S. Delikanakis*
    John S. Delikanakis, Esq.
    Christian P. Ogata, Esq.
    3883 Howard Hughes Parkway,
    Suite 1100
    Las Vegas, Nevada 89169
    Tel: (702) 784-5200

*Attorneys for Plaintiffs Origin Consulting,
LLC and Origin Ventures, LLC*

DATED June 9, 2022.

    GREENBERG TRAURIG, LLP

By: */s/ Jason Hicks*
    Jason Hicks, Esq.
    10845 Griffith Peak Dr.
    Suite 600
    Las Vegas, Nevada 89138
    Tel: (702) 792-3773

*Attorney for Defendant Franco Roig*

## **ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that Franco Roig shall respond to plaintiffs' complaint on or before June 28, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____June 10, 2022_____

4880-9861-4052.2

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -